# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Essence Jordan Riviere**

    vs.                      **CASE NUMBER: 1:10-CV-548 (GTS/RFT)**

**Stephanie Collins; John Doe, Deputy Sheriff; David A. Patterson, Governor; DA-Sean M. Willis; Cyntha Sutherds, Esq.; John Does; Jeffrey S. Berkun, Esq.; Michael Flaum, Esq.; and Karen Turmel**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Treece is accepted and adopted in its entirety. Plaintiff's complaint is dismissed in its entirety.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 20th day of August, 2010.

DATED: August 20, 2010

                                                Clerk of Court

                                      s/

                                      Joanne Bleskoski
                                      Deputy Clerk